IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-74,228






EX PARTE LAROYCE LATHAIR SMITH, Applicant






ON REMAND FROM 


THE SUPREME COURT OF THE UNITED STATES 


ON AN APPLICATION FOR A WRIT OF HABEAS CORPUS


FROM DALLAS COUNTY





Per curiam.




OPINION



 Pursuant to the decision rendered by the United States Supreme Court in this case,
Smith v. Texas, No. 05-11304 (April 25, 2007), we remand the cause to the trial court for
a new sentencing trial.

 

Delivered: June 27, 2007

Do Not Publish